UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:02-CR-71

v.

HON. ROBERT HOLMES BELL

LEROY HENRY LEWIS,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #66). Based on a review of Defendant's motion, the Sentence Modification Report, submission by government and defense counsel, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced on October 15, 2002, to a total term of custody of 240 months. Defendant was determined to be an armed career criminal within the meaning of U.S.S.G. §4B1.4. As such, defendant is ineligible for a reduction in sentence. Accordingly,

Defendant's Motion for Modification or Reduction of Sentence (docket #66) is **DENIED**.

Date:  <u>March 28, 2013</u>        /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE