UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.	CASE NO. 1:02-CR-71

LEROY HENRY LEWIS,
                                                    HON. ROBERT HOLMES BELL

    Defendant.
_____/

## **MEMORANDUM OPINION**

    This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 750 (docket # 74). The Probation Department has filed a Report of Eligibility (ECF No. 91) and finds the defendant is ineligible for a reduction of sentence based upon Guideline Amendment 750 because the defendant is an armed career offender and the drug guideline was not used to determine the offense level.  No objections have been filed to the report of eligibility.

    ACCORDINGLY, defendant's motion (docket #74) is **DENIED**.


Dated: June 28, 2016	    /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE